UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RAYMOND TODD CARRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:08-CV-514 |
| | ) | (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This Social Security case is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on July 27, 2009. [Doc. 6.] Magistrate Judge Guyton recommended that the Court schedule a hearing for the parties to show cause why this case should not be dismissed, without prejudice, for failure to prosecute. Plaintiff subsequently filed a Motion for Enlargement of Time to File Plaintiff's Brief and Dispositive Motion. [Doc. 7.]

The Court has carefully reviewed this matter and is in agreement with Magistrate Judge Guyton's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation. [Doc. 6.] Additionally, pursuant to 28 U.S.C. § 636(b)(1), it is hereby **ORDERED** that the show cause hearing issue and pending extension motion [Doc. 7] are **REFERRED** to Magistrate

Judge H. Bruce Guyton for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE