UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RAYMOND TODD CARRINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No.: 3:08-CV-514<br>(VARLAN/GUYTON) |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on January 14, 2010 [Doc. 17]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Judge Guyton recommended that defendant Commissioner's motion for summary judgment [Doc. 15] be granted, and that plaintiff's motion for summary judgment [Doc. 11] be denied.

The Court has carefully reviewed this matter, including the underlying pleadings. The Court is in agreement with Judge Guyton's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 17]. Additionally, it is **ORDERED** that the Commissioner's motion for summary judgment [Doc. 15] be **GRANTED**, and that plaintiff's motion for summary

judgment [Doc. 11] be **DENIED**.  Defendant Commissioner's decision in this case denying plaintiff's application for benefits is **AFFIRMED**.  This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE